# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSSSSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.                                                          Docket No. 2:99-20162-D

QUEENESTER OWENS,
   Defendant.

---

### ORDERED

---

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the Hearing scheduled for April 25, 2005 be moved to the 24th day of May, 2005. @ 1:00 pm

                                                        _____
                                                            FOR THE COURT

This the 19 day of April, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:99-CR-20162 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT