IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSSSSEE
WESTERN DIVISION

FILED BY ube D.C.

05 JUL -7 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,
    Plaintiff,

Docket No. 2:99-20162-D

v.

QUEENESTER OWENS,
    Defendant.

### ORDER

IT IS HEREBY ORDERED, ADJUGED AND DECREED that Ms. Valerie L. Albonetti will be brought by the U.S. Marshall to the United States District Court, Western District of Tennessee, 242 Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee 38103, Court Room Three the morning of July 27, 2005 for the above referenced cause's Hearing.

U.S. District Court Judge

This the 7th day of July, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

3 51



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:99-CR-20162 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT