AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:99-cr-20162-BBD   Document 57   Filed 08/30/05   Page 1 of 2   PageID 62

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 AUG 30 AM 11:35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

QUEENESTER LOUISE OWENS
    Defendant.

Case Number 2:99CR20162-01

## *A*M*E*N*D*E*D* JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Queenester Louise Owens, was represented by Randall Blake Tolley, Esq.

It appearing that the defendant, who was convicted on July 30, 1999, in the above styled cause and was placed on Supervised Release for a period of five (5) years. The defendant's Supervised Release was revoked on April 23, 2004, given credit for one day custody, with re-imposed twenty-four (24) month term of Supervised Release to begin on April 23, 2004. The defendant has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **sixty (60) days *with execution of sentence to begin on December 15, 2005.**

Furthermore, no additional supervised release shall be imposed. However, Restitution Penalty stands as previously imposed.

The defendant is allowed to remain released on present bond.

Signed this the 29th day of August, 2005.

This document entered
with Rule 55 and/or 3...

9/6/05 meeting compliance

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 06/12/1972
U.S. Marshal No.: 16653-076
Defendant's Mailing Address: 1629 Winchester Rd., Memphis, TN 38116

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:99-CR-20162 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT